IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFF SCHIRONE WILLIAMS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MARIROSA LAMAS and THE ) <br> ATTORNEY GENERAL OF THE ) <br> STATE OF PENNSYLVANIA, ) <br> ) <br> Respondents. ) | 2:13cv1171 <br> Electronic Mail <br><br> Judge David Stewart Cercone <br> Chief Magistrate Judge Lisa Pupo Lenihan |

## MEMORANDUM ORDER

**AND NOW**, this 2nd day of May, 2014, after the Petitioner, Jeff Schirone Williams, filed a Petition for Writ of Habeas Corpus in the above-captioned case (ECF No. 3), and after Respondents filed a Motion to Dismiss the Petition for Lack of Jurisdiction (ECF No. 11) and a Report and Recommendation (ECF No. 19) was filed by the United States Magistrate Judge giving the parties until May 1, 2014, to file written objections thereto, and Petitioner's Objections (ECF No. 20) having been filed on April 30, 2014, and upon independent review of the record, consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court, and the Objections thereto, which the Court has fully considered and finds to be unavailing because they are sufficiently undermined by the determinations in the Magistrate Judge's Report and Recommendation,

**IT IS HEREBY ORDERED** that, for the reasons set forth in that Report and Recommendation, Respondents' Motion to Dismiss is **GRANTED** and the Petition for Writ of Habeas Corpus is dismissed for lack of jurisdiction.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk is to mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order then a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

*[signature]*

David Stewart Cercone
United States District Judge

cc: Honorable Lisa Pupo Lenihan
Chief United States Magistrate Judge

Jeff Schirone Williams
GU3700
PO Box A
Bellefonte, PA 16823
*(Via First Class Mail)*

Rusheen R. Pettit, Esquire
*(Via CM/ECF Electronic Mail)*